IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH MARTIN, AARON TRUESDELL, and JOHNNY TEJADA, | ) | |
| Plaintiffs, | ) | No. 13 C 3526 |
| v. | ) | The Honorable Virginia M. Kendall |
| F.E. MORAN INC., FIRE PROTECTION OF NORTHERN ILLINOIS | ) | Magistrate Judge Maria Valdez |
| Defendant. | ) | |

**STIPULATION TO THE ADMISSION OF JOINT EXHIBITS**

With regard to the April 10, 2017, trial in this matter, plaintiffs Kenneth Martin, Aaron Truesdell, and Johnny Tejada, and defendant F.E. Moran, Inc., Fire Protection of Northern Illinois ("FPN") hereby stipulate as follows:

1. The parties have identified certain exhibits, JX 1-41, as joint exhibits to which neither party has any objection.

2. To streamline trial, the parties hereby stipulate that neither party has an objection to the admission of joint exhibits JX 1-41, that no additional foundation or testimony regarding these exhibits is required for their admission, and that these exhibits shall be offered and received in evidence.

SIGNED: May 2, 2017

/s/David Baltmanis
David Baltmanis
Counsel for the Plaintiffs

/s/Renee Koehler
Renee Koehler
Counsel for the Defendant

CERTIFICATE OF SERVICE

Lisa Mecca Davis certifies that she caused a copy of the foregoing Stipulation to be served upon all counsel of record, by this Court's electronic-filing system, this third day of May, 2017.

/s/ Lisa Mecca Davis

Lisa Mecca Davis