IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH MARTIN, AARON TRUESDELL, and JOHNNY TEJADA, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 13 C 3526 |
| v. | ) | |
| | ) | The Honorable Virginia M. Kendall |
| F.E. MORAN INC., FIRE PROTECTION OF NORTHERN ILLINOIS | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Defendant. | ) | |

**STIPULATION REGARDING THE FOUNDATION FOR ADMISSION INTO EVIDENCE OF EMAILS SENT TO, SENT BY OR FORWARDED BY BRIAN MORAN**

With regard to the April 10, 2017 trial in this matter, plaintiffs Kenneth Martin, Aaron Truesdell, and Johnny Tejada, and defendant F.E. Moran, Inc., Fire Protection of Northern Illinois ("FPN") hereby stipulate to the following:

1. From December 1, 2011 to the present, Brian Moran has held the position of Chief Executive Officer of Armon, Inc. (also known as The Moran Group and referred to on the cover of the employee handbook as the Armon Group).
2. Prior to December 1, 2011, Brian Moran held the position of President of Armon, Inc.
3. Defendant F.E. Moran, Inc., Fire Protection of Northern Illinois ("FPN") is a wholly owned subsidiary of Armon, Inc.
4. PX0327, PX0346, PX0364, PX0331, and PX0348 are true and authentic copies of e-mails sent to Brian Moran and/or forwarded or sent by Brian Moran from his corporate e-mail account issued by Armon, Inc.

5. Regarding PX0331, PX0348, and PX0364 forwarded or sent by Brian Moran to the "Executive Team," recipients of e-mails to the "Executive Team" include but are not limited to the Presidents of each company comprising the Moran Group of companies, including Defendant FPN.
6. PX0238; PX242; and PX0487 are true and authentic copies of e-mails (or chains of e-mails) sent to Brian Moran at his corporate e-mail account issued by Armon, Inc.
7. The parties agree that no further testimony regarding foundation is required for the admission of these exhibits. By entering into this stipulation, however, defendant does not waive its objections as to the admissibility of the emails attached hereto except for foundation and authenticity. Plaintiff has informed defendant that it intends to move for the admission of all exhibits identified in this stipulation and understands that FPN will raise any remaining objections it has to the Court including but not limited to its objections based on Federal Rules of Evidence 401; 402; 403; 404; 608; 801; 802; 805; and defendant's motion in limine number 14.
8. By entering into this stipulation, defendant does not waive its right to call Brian Moran as a witness in its case in chief. If defendant chooses to call Brian Moran in its case-in-chief, defendant will not contest plaintiffs' right to cross examine Brian Moran on the documents and subjects covered by this stipulation.

SIGNED: May 1, 2017

/s/ David Baltmanis
Counsel for Plaintiffs

/s/Stephanie Dinkel
Counsel for Defendant

# CERTIFICATE OF SERVICE

Lisa Mecca Davis certifies that she caused a copy of the foregoing Stipulation to be served upon all counsel of record, by this Court's electronic-filing system, this third day of May, 2017.

/s/ Lisa Mecca Davis
Lisa Mecca Davis