IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH MARTIN, AARON TRUESDELL, and JOHNNY TEJADA, | ) |
| Plaintiffs, | ) No. 13 cv 3526 |
| v. | ) The Honorable Virginia M. Kendall |
| F.E. MORAN INC., FIRE PROTECTION OF NORTHERN ILLINOIS | ) Magistrate Judge Maria Valdez |
| Defendant. | ) |

**PLAINTIFFS' MOTION TO ADMIT CERTAIN EVIDENCE**

Plaintiffs Kenneth Martin, Aaron Truesdell, and Johnny Tejada, prior to resting their case-in-chief in the April 10, 2017, trial in this matter, respectfully move this Court for the admission of specific exhibits and deposition designations below.

**Exhibits about which admission is agreed**

1. Plaintiffs seek to admit the following exhibits to which the parties have stipulated admission or to which no objection has been raised in the parties' pretrial order submission or otherwise.

2. Plaintiffs move for the admission of the following documents that evidence the interim earnings of plaintiff Truesdell following his layoffs in 2009 and 2010 as well as other amounts paid to plaintiff Truesdell: PX0116, PX0117, PX0118, PX0119, PX0120, PX0121, PX0122, PX0123, PX0124, PX0125, PX0126, DX14, DX15, DX16 and DX17. The parties have stipulated that no further testimony or foundation is required for the admission of these exhibits. *See* Dkt. 302.

3. Plaintiffs move for the admission of the following documents that evidence the interim earnings of plaintiff Tejada following his layoff in 2010: PX0085, PX0090, PX0091, DX103, and DX106. The parties have stipulated that no further testimony or foundation is required for the admission of these exhibits. *See* Dkt. 300.

4. Plaintiffs move for the admission of the following documents that are presented through their deposition designations (*see* ¶¶ 9-10 *infra*) to which defendant has raised no objection: PX0128, PX0130, PX0132, PX0210, PX0214, PX0216, PX0137, PX0142, PX0145, PX0153, PX0154, PX0165.

**Exhibits about which admission is disputed, but foundation is agreed**

5. Plaintiffs seek to admit certain exhibits as to which admissibility is disputed. The parties do not dispute that foundation and authenticity could be established for these exhibits through the testimony of certain witnesses. For purposes of streamlining the trial, the parties have reached stipulations with respect to these exhibits agreeing that no testimony is needed to establish foundation or authenticity, but that the parties preserve any other objections to the exhibits in question, except as noted herein. Plaintiffs suggest that admissibility issues regarding these exhibits be addressed after the close of all evidence, but are prepared to argue these issues in Court or brief them should the Court so request.

6. Plaintiffs move for the admission of certain data files from FPN and Local 281: PX0264, PX0265, PX0280, PX0436, PX0437, and PX0441. The parties have stipulated that no further testimony or foundation is required for the admission of these exhibits, that they are authentic, and are not barred by the rule against hearsay. The parties have further stipulated that no other objections to these exhibits are waived. *See* Dkt. 293. Plaintiffs have advised counsel

for FPN of their intent to move the admission of these exhibits and understand that FPN may raise any remaining objections it has to the Court.

7. Plaintiffs move for the admission of certain exhibits created by Christopher Rogers: PX0448B, PX0449B, PX0450C, PX451B, PX452B, PX0453B, PX0454B, PX0455B, PX0456B, PX0457B, PX0458B, PX0459B, PX0460B, PX0461A, PX0462B, PX0463B, PX0464B, PX0465B, PX0466C, PX0467C, PX0468B, PX0469B, PX0470B, PX0471B, PX0472B, PX0473B, PX0474B, PX0475B, PX0476A, PX 477A, PX0478A, PX0479A, PX0480A, PX0481A, PX0482A, PX0483A. These exhibits were created using the methodologies described by Mr. Rogers in his April 21, 2017, testimony in this matter. These methodologies are further described in Mr. Rogers' March 27, 2017, affidavit and are briefly summarized on the exhibits themselves, as instructed by the Court on April 21, 2017.

8. Plaintiffs move for the admission of certain exhibits that are e-mails (or e-mail chains) sent to, sent by, or forwarded by Brian Moran: PX0238, PX0242, PX0327, PX0331, PX0346, PX0348, PX0364, PX0487. The parties have stipulated that no further testimony or foundation is required for the admission of these exhibits and that they are authentic. The parties have further stipulated that no other objections to these exhibits are waived. *See* Dkt. 299. Plaintiffs have advised counsel for FPN of their intent to move for the admission of these exhibits and understand that FPN may raise any objections it has to the Court.

**Deposition designations and exhibits thereto**

9. Plaintiff move to admit certain designations from the Rule 30(b)(6) depositions of FPN designees Scott Acred (11/12/15) and designee John Hebert (11/11/15 and 3/11/16) and John Hebert's individual deposition (12/17/15) and certain exhibits thereto. FPN objects to certain of these designations and exhibits. Plaintiffs have submitted binders containing these

designations, exhibits, FPN's objections, and plaintiffs' responses thereto to the Court.

10. Plaintiffs hereby move for the admission of these designations and the following exhibits presented through those designations into evidence: PX0209, PX0213, PX0217, PX0218, PX0219, PX0138, PX0139, PX0141, PX0143, PX0147, PX0148, PX0149, PX0155, PX0156, PX0162, PX0163, PX0164, PX0168, PX0172, PX0177, PX0180, PX0181. To the extent FPN has not objected to an exhibit contained within Plaintiffs' designations, plaintiffs move for their admission under ¶4, above. For all other exhibits contained within Plaintiffs' designations that have not already been admitted through a live witness during trial (*i.e.*, those listed in this paragraph), plaintiffs have advised counsel for FPN of their intent to move for the admission of the exhibits and understand that FPN may raise any objections it has to the Court.

Respectfully submitted,

/s/ David P. Baltmanis
David P. Baltmanis
One of the Attorneys for Plaintiffs

Miner, Barnhill & Galland, P.C.
325 N. LaSalle St., Ste. 350
Chicago, IL 60654
312.751.1170

CERTIFICATE OF SERVICE

Lisa Mecca Davis certifies that she caused a copy of the foregoing Motion to be served upon all counsel of record, by this Court's electronic-filing system, this third day of May, 2017.

/s/ Lisa Mecca Davis
Lisa Mecca Davis