IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH MARTIN, AARON TRUESDELL, and JOHNNY TEJADA, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 13 cv 3526 |
| v. | ) | |
| | ) | The Honorable Virginia M. Kendall |
| F.E. MORAN INC., FIRE PROTECTION OF NORTHERN ILLINOIS | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Defendant. | ) | |

NOTICE OF MOTION

TO: All counsel of record

PLEASE TAKE NOTICE that on Tuesday, May 9, 2017, at 9:00 a.m., the undersigned shall appear before the Honorable Virginia M. Kendall in the courtroom usually occupied by her at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and present Plaintiffs' Motion to Admit Certain Evidence, a copy of which has been previously served upon you.

/s/ David P. Baltmanis
David P. Baltmanis
One of the Attorneys for Plaintiffs

Miner, Barnhill & Galland, P.C.
325 N. LaSalle St., Ste. 350
Chicago, IL 60654
312.751.1170

CERTIFICATE OF SERVICE

Lisa Mecca Davis certifies that she caused a copy of the foregoing Notice to be served upon all counsel of record, by this Court's electronic-filing system, this third day of May, 2017.

/s/ Lisa Mecca Davis
Lisa Mecca Davis